UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA       §
                               §
vs.                            §       NO:   WA:18-CR-00260(1)-ADA
                               §
(1) MICHAEL J. POINTKOWSKI     §

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  April 24, 2025 the

United States Probation Office filed a Petition For Warrant or Summons For Offender

Under Supervision for Defendant (1) MICHAEL J. POINTKOWSKI, which alleged that

Pointkowski violated a condition of his supervised release and recommended that

Pointkowski 's supervised release be revoked (Clerk's  Document No. 37).  A warrant

issued and Pointkowski was arrested.  On June 9, 2025, Pointkowski appeared before a

United States Magistrate Judge, was ordered detained, and a revocation of supervised

release hearing was set.

Pointkowski appeared before the magistrate judge on July 22, 2025, waived his

right to a preliminary hearing and to be present before the United States District Judge at

the time of modification of sentence, and consented to allocution before the magistrate

judge.  Following the hearing, the magistrate judge signed his report and

recommendation on July 22, 2025, which provides that having carefully considered all of

the arguments and evidence presented by the Government and Defendant, based on the

original offense and the intervening conduct of Pointkowski, the magistrate judge

recommends that this court revoke Pointkowski supervised release and that Pointkowski

be sentenced to imprisonment for TIME SERVED, with no term supervised release to

follow the term of imprisonment (Clerk's Document No. 46).

A party may serve and file specific, written objections to the proposed findings

and recommendations of a magistrate judge within fourteen days after being served

with a copy of the report and recommendation, and thereby secure a *de novo* review by

the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to

timely file written objections to the proposed findings, conclusions, and recommendation

in a report and recommendation bars that party, except upon grounds of plain error, from

attacking on appeal the unobjected-to proposed factual findings and legal conclusions

accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th

Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences

of a failure to file objections.

On July 22, 2025, following the hearing on the motion to revoke supervised

release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To

Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No.

50). The court, having reviewed the entire record and finding no plain error, accepts and

adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate  Judge  filed  in this  cause  (Clerk's Document No. 46 )  is

hereby  ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant  (1) MICHAEL J.

POINTKOWSKI's term of supervised  release is hereby REVOKED.

**IT IS FURTHER  ORDERED** that Defendant (1) MICHAEL J. POINTKOWSKI

be imprisoned for TIME SERVED with no term of supervised release.

Signed this 22nd day of July, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE